# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTRICE L. GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00058-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(Doc. No. 15) |

Plaintiff Shontrice E. Green ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security (the "Commissioner") denying her application for disability benefits pursuant to the Social Security Act. (Doc. No. 1.) On May 22, 2019, the Commissioner filed the administrative record with the Court. (Doc. No. 14.) Plaintiff's counsel was electronically served with the administrative record on the same day. (*Id.*) On June 4, 2019, Plaintiff filed a document entitled "Request for Production" which Plaintiff entered on the docket as a Motion for Discovery. (Doc. No. 15.) This document requests that the Commissioner produce "all documents contained in the Plaintiff's Claims File." (*Id.*)

To the extent Plaintiff intends this document to be construed as a motion to compel the Commissioner to provide discovery, it should be noted that the Court's review of a final decision of the Commissioner is generally limited to the administrative record. *See Brown v. Sullivan,* 916 F.2d 492, 494 (9th Cir. 1990) ("[D]iscovery is not ordinarily available in social security

1

matters"); *Higbee v. Sullivan*, 975 F.2d 558, 562 (9th Cir. 1992) ("An adequate hearing record is indispensable because a reviewing court may consider only the Secretary's final decision, the evidence in the administrative transcript on which the decision was based, and the pleadings."); *Harman v. Apfel*, 211 F.3d 1172, 1177 (9th Cir. 2000) ("As in other administrative law contexts, judicial review in cases under the Social Security Act is limited to a review of the administrative record for a determination of whether the Commissioner's decision is supported by substantial evidence in the record."); *Haseltine v. Astrue*, 668 F.Supp.2d 1232, 1234 (N.D. Cal. 2009) ("[E]xtra-record discovery is not appropriate where the court's jurisdiction is to review only the administrative record only."). This Court is tasked with determining whether there is substantial evidence in the administrative record to support the Commissioner's findings. *See* 42 U.S.C. § 405(g). The administrative record has been filed with the Court and served on Plaintiff. (Doc. No. 14.) This appears to encompass Plaintiff's request for "all documents contained in [her] Claims File" and Plaintiff has not established that any additional discovery is warranted. Accordingly, Plaintiff's motion for discovery (Doc. No. 15) is DENIED.

IT IS SO ORDERED.

Dated: **June 6, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE