UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTRICE E. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-00058-BAM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**<br><br>(Doc. No. 26) |

On November 29, 2019, Plaintiff Shontrice E. Green, through counsel Michael "D.D." Donaldson, filed the instant motion for an extension of time to file her reply brief. (Doc. No. 26.) Mr. Donaldson explains that an extension of time is necessary because he was unable to access his CM/ECF account until November 19, 2019, after the deadline for submission of the reply brief. Counsel further explains that after the technical difficulties with his account were resolved, he had several other cases and hearings to address. Due to counsel's difficulties, Plaintiff now requests an extension of time to January 13, 2020, to file the reply brief.

Having considered Plaintiff's request, and cause appearing, Plaintiff's motion for an extension of time to file her reply brief is GRANTED.[1] Plaintiff's reply brief shall be filed on or

---

[1] The Commissioner of Social Security will not be prejudiced by the inability to respond to Plaintiff's motion. The requested extension time is brief and does not have an impact on any other case management deadlines.

1

before **January 13, 2020**.  However, Plaintiff's counsel is cautioned that further extensions of time will be looked upon with disfavor and any such requests must be supported by a demonstrate showing of good cause.

IT IS SO ORDERED.

Dated: **December 2, 2019**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE